UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RONALD DWIGHT EADY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00432 ) |
| **BIG G EXPRESS,** | ) ) |
| Defendants. | ) ) |

# ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 52) recommending the Court grant Big G Express's Motion for Summary Judgment (Doc. No. 41) and dismiss the action with prejudice. Neither party filed a timely objection to the R&R. When no party objects to the R&R within 14 days of service, the Court need not independently review the matter. Thomas v. Arn, 474 U.S. 140, 150 (1985). Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Defendants' Motion for Summary Judgment (Doc. No. 41) is **GRANTED**. The action is **DISMISSED WITH PREJUDICE**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1